UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA TRUJILLO

                              Plaintiff(s),

            v.

GT USA, INC.

                           Defendant(s).

CASE NO. C 09-05179 MMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Douglas J. Pick, an active member in good standing of the bar of the State of New York, Court of Appeals (particular court to which applicant is admitted) whose business address and telephone number is Pick & Zabicki, LLP
369 Lexington Avenue, 12th Floor
New York, New York 10017
Phone: 212 695 6000 (ext. 223), having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GT USA, INC.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 17, 2009

                                              United States District Judge
                                              Hon. Maxine M. Chesney