Donald F. Drummond (No. 052986)
Kimberly S. Love (No. 257844)
DRUMMOND & ASSOCIATES
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 433-2261
Facsimile: (415) 438-9819

Attorneys for Plaintiff Christina Trujillo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINA TRUJILLO, | ) | Case No. CV09 5179 MMC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION CONTINUING HEARING DATE OF DEFENDANT'S MOTION TO TRANSFER VENUE AND ORDER THEREON |
| v. | ) ) | |
| GT USA, INC., | ) ) | Date: ~~February 5, 2010~~ |
| Defendant. | ) ) | Time: 9:00 a.m.<br>Courtroom: 7 |

All parties to this action, by their counsel of record herein, stipulate as follows:

1. The motion of defendant GT USA, Inc. for an order transferring venue of this action to the Southern District of New York is presently set for hearing by this court on February 5, 2010.

2. Plaintiff's counsel Donald F. Drummond, will be out of the country from January 25, 2010 to February 12, 2010.

3. The parties therefore stipulate and request that the hearing of this matter be continued to February 26, 2010 at 9:00 a.m.

///

///

1  4.   The parties further stipulate that the time for service of any opposition to
2  the motion or any reply to the opposition shall be as scheduled under the original hearing date.
3  Dated: January /3, 2010

DRUMMOND & ASSOCIATES

By _____
   Donald F. Drummond
Attorneys for Plaintiff Christina Trujillo

8  Dated: January 13, 2010

MCNUTT LAW GROUP, LLP

By _____
   Douglas C. Graham
Attorneys for Defendant GT USA, Inc.

### ORDER

Upon the foregoing stipulation, IT IS SO ORDERED.

16  Dated: January 14, 2010

_____
U.S. District Court Judge

19  G:\drummondassoc\trujillo\pldg\change-venue-hearing-stip.wpd

DRUMMOND & ASSOCIATES
1 California St., Suite 300
San Francisco, CA 94111
415-433-2261
Fax: 415-438-9819

2