IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TRUJILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>GT USA, INC.,<br><br>    Defendant.<br>_____/ | No. C-09-5179 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

By order filed November 11, 2009, the Court scheduled the Initial Case Management Conference for February 12, 2010.

In light of the pendency of defendant's motion to transfer venue, set for hearing February 26, 2010, the Initial Case Management Conference is hereby CONTINUED to March 26, 2010. A Joint Case Management Statement shall be filed no later than March 19, 2010.

**IT IS SO ORDERED.**

Dated: February 10, 2010

MAXINE M. CHESNEY
United States District Judge