IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TRUJILLO, <br>     Plaintiff, <br>   v. <br> GT USA, INC., <br>     Defendant. | No. C-09-5179 MMC <br><br> **ORDER VACATING FEBRUARY 26, 2010 HEARING** |

    Before the Court is defendant GT USA, Inc.'s motion to transfer venue, filed December 12, 2009. Plaintiff Christina Trujillo has filed opposition, to which defendant has replied.

    Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matters appropriate for decision thereon and hereby VACATES the hearing scheduled for February 26, 2010.

    **IT IS SO ORDERED**.

Dated: February 24, 2010

MAXINE M. CHESNEY
United States District Judge