ROBERT M. LIEBER, ESQ. (SBN: 039976)
rlieber@winlaw.com
MARGOLIS & TISMAN LLP
601 Montgomery Street, Suite 2030,
San Francisco, California 94111
Telephone (415) 986-2144
Facsimile: (415) 986-4461

Attorneys for Defendant
GT USA, INC.

DOUGLAS J. PICK, ESQ. (NY SBN: 1743996)
dpick@picklaw.net
PICK & ZABICKI LLP
369 Lexington Avenue, 12th Floor
New York, New York 10017
Telephone: (212) 695-6000

*Admitted Pro Hac Vice*
Attorneys for Defendant
GT USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA TRUJILLO,<br><br>Plaintiff,<br><br>v.<br><br>GT USA, INC.,<br><br>Defendant. | Case No. 3:09-cv-05179-MMC<br>*Assigned for all purposes to:*<br>*Hon. Maxine M. Chesney, Courtroom 7*<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER ~~THERETO~~ THEREON<br><br>Action Filed: November 2, 2009<br>Trial Date: February 22, 2011 |

SubOfAttorney_100407 (2)

1 | Defendant, GT USA, Inc., hereby requests the Court to approve the substitution of Margolis & Tisman LLP as its attorney of record in place and instead of McNutt Law Group LLP.

GT USA, Inc. consents to this substitution.

Dated: April 8, 2010

GT USA, INC.

By: _____
CARLO TESO
Title: President
Requesting Party

McNutt Law Group LLP, as the counsel substituting out, consents to this substitution.

Dated: April 12, 2010

MCNUTT LAW GROUP LLP

By: _____
DOUGLAS C. GRAHAM
MICHAEL A. SWEET
Present Attorneys for Defendant
GT USA, INC.

Margolis & Tisman LLP, as the counsel substituting in, consents to this substitution. Attorney, Robert M. Lieber (SBN: 039976) of Margolis & Tisman LLP will be the new attorney of record for GT USA, Inc. Mr. Lieber's contact information is as follows: 601 Montgomery Street, Suite 2030, San Francisco, California 94111; Telephone (415) 986-2144; Facsimile: (415) 986-4461.

Dated: April 7, 2010

MARGOLIS & TISMAN LLP

By: _____
ROBERT M. LIEBER
New Attorneys for Defendant
GT USA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 19, 2010

_____
Honorable Maxine M. Chesney
United States District Court Judge

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 Montgomery Street
Suite 2030
San Francisco
California 94111

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO

Case No. 3:09-cv-05179-MMC

1