Donald F. Drummond (No. 052986)
Kimberly S. Love (No. 257844)
DRUMMOND & ASSOCIATES
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 433-2261
Facsimile: (415) 438-9819

Attorneys for Plaintiff Christina Trujillo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TRUJILLO, | Case No. CV09 5179 MMC |
| Plaintiff, | **ORDER PERMITTING PLEADINGS TO BE FILED** |
| v. | |
| GT USA, INC., | |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS ORDERED that pleadings may be filed as follows:

1. Plaintiff Christina Trujillo may file her first amended complaint herein. Any first amended complaint shall be filed no later than May 21, 2010.

2. Defendant GT USA, Inc. may file its amended answer and counterclaims herein. Any such amended answer and counterclaims shall be filed no later than 14 days after the date on which plaintiff files her first amended complaint.

Dated: May __13___, 2010

_____
United States District Court Judge