1  ROBERT M. LIEBER, ESQ. (SBN: 039976)
   MARGOLIS & TISMAN LLP
2  601 Montgomery Street, Suite 2030,
   San Francisco, California 94111
3  Telephone (415) 986-2144
   Facsimile: (415) 986-4461
4  rlieber@winlaw.com

5  Attorneys for Defendant/Counterclaimant
   GT USA, INC.
6

7  DOUGLAS J. PICK, ESQ. (NY SBN: 1743996)
   PICK & ZABICKI LLP
8  369 Lexington Avenue, 12th Floor
   New York, New York 10017
9  Telephone: (212) 695-6000
   dpick@picklaw.net
10

11 *Admitted Pro Hac Vice*
   Attorneys for Defendant/Counterclaimant
12 GT USA, INC.

13                    UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

15

16 CHRISTINA TRUJILLO,                  | Case No. 3:09-cv-05179-MMC
                                        | *Assigned for all purposes to:*
17        Plaintiff,                    | Hon. Maxine M. Chesney, Courtroom 7

18    v.
                                        | **STIPULATION RE: MEDIATION
19                                      | DEADLINE AND [PROPOSED] ORDER**
20 GT USA, INC.,

21        Defendant.                    | Action Filed: November 2, 2009
                                        | Trial Date: February 22, 2011
22 _____
   GT USA, INC.,
23
          Counterclaimant,
24    v.

25

26 CHRISTINA TRUJILLO,

27        Counterdefendant.

28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 Montgomery Street
Suite 2030
San Francisco
California 94111

STIPULATION RE MEDIATION DEADLINE             Case No. 3:09-cv-05179-MMC

WHEREAS, Rule 5-4 of the ADR Rules for the Northern District of California provides that requests to continue ADR deadlines may be made by stipulation; and

WHEREAS, on June 28, 2010, the mediator James Hodgkins sent emails to counsel for the parties advising that due to his vacation schedule and the trial schedules of counsel, the instant case could not be mediated within the time set by the Court and suggested that counsel prepare a stipulation extending the time for mediation; and

WHEREAS, on June 28, 2010, in response to Mr. Hodgkins' emails, Plaintiff's counsel Donald Drummond sent an email to Defendant's counsel Robert Lieber and to Mr. Hodgkins stating that Mr. Drummond would prepare a stipulation extending time for the mediation; and

WHEREAS counsel for Defendant, Robert Lieber will be out of the country from July 26 to August 22, 2010;

THEREFORE, the parties, by and through their counsel of record, HEREBY STIPULATE that the July 31, 2010 deadline to complete mediation is extended to September 30, 2010.

SO STIPULATED:

Dated: July 13, 2010                    MARGOLIS & TISMAN LLP


By_____/S/ Robert M. Lieber_____
     ROBERT M. LIEBER
Attorneys for Defendant/Counterclaimant
GT USA, INC.


Dated: July 13, 2010                    DRUMMOND & ASSOCIATES

By _____
     DONALD F. DRUMMOND
     BRIDGET BARRETT LAURENT
     KIMBERLY S. LOVE
Attorneys for Plaintiff/Counterdefendant
CHRISTINA TRUJILLO

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

1

STIPULATION RE MEDIATION DEADLINE          Case No. 3:09-cv-05179-MMC

# ORDER

PURSUANT TO THE ABOVE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the July 31, 2010-deadline to complete mediation is extended to September 30, 2010.

Dated: July 20, 2010 ~~, 2010~~

By_____ /s/ Vaughn R Walker for _____

HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 Montgomery Street
Suite 2030
San Francisco
California 94111

2

**STIPULATION RE MEDIATION DEADLINE**      Case No. 3:09-cv-05179-MMC