1  ROBERT M. LIEBER, ESQ. (SBN: 039976)
   MARGOLIS & TISMAN LLP
2  601 Montgomery Street, Suite 2030,
   San Francisco, California 94111
3  Telephone (415) 986-2144
   Facsimile: (415) 986-4461
4  rlieber@winlaw.com

5  Attorneys for Defendant & Counterclaimant
   GT USA, INC.
6
   DONALD F. DRUMMOND, ESQ. (SBN: 052986)
7  DRUMMOND & ASSOCIATES
   201 Mission Street, Suite 1330
8  San Francisco, CA 94105
   Telephone (415) 433-2261
9  Facsimile: (415) 438-9818
   buldogdrum@drummondlaw.net
10
   Attorneys for Plaintiff & Counterdefendant
11 CHRISTINA TRUJILLO

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14                           **SAN FRANCISCO DIVISION**

15

16 | CHRISTINA TRUJILLO, | **Case No. CV 09-05179 MMC** |
17 |       Plaintiff, | **STIPULATED REQUEST & [PROPOSED]** |
   |                  | **ORDER EXTENDING DISCOVERY &** |
18 |       v.        | **EXPERT DEADLINES; DECLARATION** |
   |                  | **OF ROBERT M. LIEBER** |
19 | GT USA, INC., | |
20 |               | **[Fed. R. Civ. Proc. 29(b); Civ. L.R. 6-2]** |
21 |       Defendant. | |
   |                  | Action Filed: November 2, 2009 |
22 |                  | Trial Date: February 22, 2011 |
23 | GT USA, INC., | |
24 |       Counterclaimant, | |
   |       v.        | |
25 |                  | |
26 | CHRISTINA TRUJILLO, | |
27 |       Counterdefendant. | |

28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

**STIPULATED REQUEST EXTENDING**          Case No. CV 09-05179-MMC
**DISCOVERY & EXPERT DEADLINES**

## STIPULATION OF THE PARTIES

WHEREAS, pursuant to the Court's Pretrial Preparation Order dated March 29, 2010 (docket no. 29), the non-expert discovery cutoff is currently September 10, 2010, the deadline to designate experts is October 1, 2010, the deadline to designate rebuttal experts is October 15, 2010, and the expert discovery cutoff is November 5, 2010;

WHEREAS, the Parties wish to engage in mediation to determine if settlement of this case without trial is possible before engaging in extensive discovery or incurring expert fees;

WHEREAS, the mediation of this action has been scheduled to occur on September 15, 2010;

WHEREAS, because of the trial and vacation schedules of the Parties' counsel and the assigned mediator, and because Defendant's representative resides in Italy, it was not feasible to hold the mediation earlier;

WHEREAS, the discovery and expert deadlines have not previously been extended in this case;

WHEREAS, continuing these deadlines would not delay the trial date or otherwise affect the schedule for this case;

THEREFORE, pursuant to Federal Rule of Civil Procedure 29(b) and Civil Local Rule 6-2, the parties to this action, by and through their counsel of record, do HEREBY STIPULATE AND REQUEST THE COURT TO ORDER as follows:

(1) The non-expert discovery cutoff is extended from September 10, 2010 to <u>November 10, 2010</u>;

(2) The deadline to designate experts is extended from October 1, 2010 to <u>December 1, 2010</u>;

(3) The deadline to designate rebuttal experts is extended from October 15, 2010 to <u>December 15, 2010</u>; and

1

**STIPULATED REQUEST EXTENDING DISCOVERY & EXPERT DEADLINES**    Case No.  CV 09-05179-MMC

(4) The expert discovery cutoff is extended from November 5, 2010 to <u>January 5, 2011</u>.

IT IS SO STIPULATED.

Dated: August 27, 2010                MARGOLIS & TISMAN LLP

By:_____/s/ Robert M. Lieber_____
       ROBERT M. LIEBER
Attorneys for Defendant & Counterclaimant
GT USA, INC.

Dated: August 27, 2010                DRUMMOND & ASSOCIATES

By:_____/s/ Donald F. Drummond_____
       DONALD F. DRUMMOND
Attorneys for Plaintiff & Counterdefendant
CHRISTINA TRUJILLO

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

(1) The non-expert discovery cutoff is extended from September 10, 2010 to <u>November 10, 2010</u>;

(2) The deadline to designate experts is extended from October 1, 2010 to <u>December 1, 2010</u>;

(3) The deadline to designate rebuttal experts is extended from October 15, 2010 to <u>December 15, 2010</u>; and

(4) The expert discovery cutoff is extended from November 5, 2010 to <u>January 5, 2011</u>.

Dated: August 31, 2010

By_[signature: Maxine M. Chesney]_
HON. MAXINE M. CHESNEY
United States District Court Judge