ROBERT M. LIEBER, ESQ. (SBN: 039976)
MARGOLIS & TISMAN LLP
601 Montgomery Street, Suite 2030
San Francisco, California 94111
Telephone (415) 986-2144
Facsimile: (415) 986-4461
rlieber@winlaw.com

DOUGLAS J. PICK, ESQ. (NY SBN: 1743996)
*Admitted Pro Hac Vice*
PICK & ZABICKI LLP
369 Lexington Avenue, 12th Floor
New York, New York 10017
Telephone: (212) 695-6000
dpick@picklaw.net

Attorneys for Defendant/Counterclaimant
GT USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>GT USA, INC.,<br><br>    Defendant.<br>GT USA, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>CHRISTINA TRUJILLO,<br><br>    Counterdefendant. | Case No. CV-09-05179-MMC (LB)<br><br>**STIPULATION & [PROPOSED] ORDER EXTENDING DEADLINES FOR PARTIES TO RESPOND TO DISCOVERY REQUESTS**<br><br>[Fed. R. Civ. Proc. 29; Civ. L.R. 6.1(a)]<br><br>Action Filed:  November 2, 2009<br>Trial Date:  February 22, 2011 |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 29 and Civil Local Rule 6.1(a), the Parties to this action, by and through their counsel of record, do hereby agree and stipulate as follows:

The deadline for Plaintiff and Counterdefendant Christina Trujillo ("Plaintiff") to serve objections and responses to Defendant and Counterclaimant GT USA, Inc.'s Request for Production of Documents, Set Two, is extended from October 18, 2010 to and including October 25, 2010.

The deadline for Defendant and Counterclaimant GT USA, Inc. to serve objections and responses to Plaintiff's Special Interrogatories, Set One, and Request for Production of Documents, Set Two, is extended from November 8, 2010 to and including November 22, 2010.

IT IS SO STIPULATED.

Dated: October 22, 2010           MARGOLIS & TISMAN LLP

                                  By: /s/ Robert M. Lieber
                                      ROBERT M. LIEBER
                                  Attorneys for Defendant and Counterclaimant
                                  GT USA, INC.

Dated: October 22, 2010           DRUMMOND & ASSOCIATES

                                  By: /s/ Donald F. Drummond
                                      DONALD F. DRUMMOND
                                  Attorneys for Plaintiff
                                  CHRISTINA TRUJILLO

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for filing dispositive motions shall remain as currently set.

Dated: October 25, 2010

By ~~LAUREL BEELER~~
   ~~United States Magistrate Judge~~
   MAXINE M. CHESNEY
   United States District Judge

---

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

STIPULATION EXENDING DISCOVERY RESPONSE DEADLINES           Case No. CV-09-05179-MMC (LB)

1

Printed on Recycled Paper